# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-883
Lower Tribunal No. 16-21307

————————

**GFM Operations, Inc.,**
Appellant/Cross-Appellee,

vs.

**Lazaro Rodriguez, et al.,**
Appellees/Cross-Appellants.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

GrayRobinson, P.A., and Jack R. Reiter and Jordan S. Kosches and Sydney M. Feldman, for appellant/cross-appellee.

Roy J. Kahn; and Daniel W. Courtney, for appellees/cross-appellants.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.